IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE B. KEEPSEAGLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  1:99CV03119 (EGS) |
| | ) | |
| ANN M. VENEMAN, Secretary of Agriculture, | ) | Judge:   Emmet G. Sullivan |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF THE
COURT'S ORDER OF DECEMBER 5, 2003**

Defendant United States Department of Agriculture hereby moves for reconsideration of the Court's Order of December 5, 2003.  This motion is based on the accompanying memorandum, the other filings in this action, and such other materials as may be presented to the Court.

On December 10, 2003, counsel for defendant, Carol Federighi, contacted counsel for plaintiffs, Joseph Sellers, who stated that plaintiffs opposed this motion.  On December 11, 2003, Ms. Federighi contacted counsel for Phil Givens, James Myart, who stated that Mr. Givens opposed this motion.

         Respectfully submitted,

         PETER D. KEISLER
         Assistant Attorney General

         ROSCOE C. HOWARD, JR.
         United States Attorney

_____
MICHAEL SITCOV
CAROL FEDERIGHI
U.S. Department of Justice
Civil Division - Room 7120
P. O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1903