IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ED SCHAFER, Secretary, United States Department of Agriculture, <br><br> Defendant. | Civil Action No. 1:99CV03119 (EGS) <br><br> Judge: Emmet G. Sullivan <br> Magistrate Judge: Alan Kay |

## DECLARATION OF MICHAEL T. BRODY

In compliance with Local Rule 83.2(d), I, Michael T. Brody, do hereby declare the following:

1. My name is Michael T. Brody.

2. My office address is Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, IL 60611, (312) 923-2711.

3. I am currently a member of the Illinois Bar, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States District Court for the Northern District of Illinois.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

_____
Michael T. Brody