**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOM VILSACK, Secretary, United States Department of Agriculture, <br><br> Defendant. | Civil Action No. 1:99CV03119 (EGS) <br><br> Judge:     Emmet G. Sullivan <br> Magistrate Judge:   Alan Kay |

**INDEX OF APPENDIX OF EXHIBITS CITED IN MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR AN
ORDER REGARDING THE ESTABLISHMENT OF CLASS MEMBERSHIP
AND PRECLUDING DEFENDANT FROM USING THE ABSENCE OF
EVIDENCE TO DISPUTE THAT PUTATIVE CLASS MEMBERS
<u>COMPLAINED OF DISCRIMINATION</u>**

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| 1. | Memorandum from J. Gilliland to USDA Secretary (Feb. 7, 1994) | ☐ | ☒ |
| 2. | Plaintiffs' First Request for Production of Documents (February 4, 2004) | ☐ | ☒ |
| 3. | Defendant's Certificate of Discovery, Status of Document Requests (August 6, 2004) | ☐ | ☒ |
| 4. | "Complaints on the Basis of Race – Native American," KVL600-001281-82 | ☐ | ☒ |
| 5. | "Native American Program Complaints," KVP001-0219-21 | ☐ | ☒ |
| 6. | January 7, 2009 Supplemental List of Complaints, KVL686-000076-79 | ☒ | ☐ |
| 7. | Letter from S. Hirsch to F. Chambers (June 5, 2008) | ☐ | ☒ |
| 8. | Email from F. Chambers to S. Hirsch (Feb. 13, 2009) | ☐ | ☒ |
| 9. | Defendants' Status Report (Oct. 3, 2008) | ☐ | ☒ |
| 10. | John Fredericks Complaint (January 1983) KPG 010279-30 | ☐ | ☒ |
| 11. | Three Affiliated Tribes' Signed Position Statement, | ☐ | ☒ |

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| | KPG 010287-90 | | |
| 12. | Complaint filed by the Fort Belknap Community Council (July 26, 1999), KPG048102-04 | ☐ | ☒ |
| 13. | Transcript excerpt of William Main deposition (Feb. 26, 2009) | ☐ | ☒ |
| 14. | Letter from USDA to D. Helgeson (Oct. 12, 1993), KVL504-0357 | ☒ | ☐ |
| 15. | Letter from USDA to C. Bear (Nov. 17, 1993), KVL541-0282 | ☒ | ☐ |
| 16. | Letter from USDA to B. Kirkaldie (Oct. 12, 1993), KVL505-0336 | ☒ | ☐ |
| 17. | Letter from USDA to Mr. and Mrs. Helgeson (Oct. 7, 1993), KVL503-0031 | ☒ | ☐ |
| 18. | Note in borrower record of James Allen Hodge noting a complaint on basis of Native American status (June 7, 1993), KVL518-1816 | ☒ | ☐ |
| 19. | Letter to National Appeals Division from James Allen Hodge complaining of discrimination (March 2, 1998), KVL518-1495 | ☒ | ☐ |
| 20. | USDA Borrower review checklists for James Allen Hodge (October 25, 2000, September 27, 1999), KVL518-0590-91 | ☒ | ☐ |
| 21. | FSA memorandum noting discrimination complaints made by James A. Hodge (June 5, 2001), KVL518-0570, 0573 | ☒ | ☐ |
| 22. | Letter from Ernest Bighorn, Jr. to Senator Baucus (October 8, 1996), KVL501-2204-05 | ☒ | ☐ |
| 23. | Letter from Senator Baucus to FSA, forwarding letter from Ernest and Channon Bighorn (December 10, 1996), KVL501-2327-28 | ☒ | ☐ |
| 24. | Letter from Ernest Bighorn to the Fort Peck Agency, copied to Montana FSA Office (March 24, 1997), KVL501-3478 | ☒ | ☐ |
| 25. | Letter from Ernest Bighorn to National Appeals Division (April 4, 1997), KVL500-0121 | ☒ | ☐ |
| 26. | Determination of the National Appeals Division on Earnest Bighorn Complaint (May 16, 1997), KVL501-3466-68 | ☒ | ☐ |
| 27. | Letter from FSA Agricultural Credit Outreach Specialist to FSA on behalf of Ernest and Channon Bighorn (Jan. 25, 1999), KVL500-0094-97 | ☒ | ☐ |
| 28. | Complaint filed by Ernest Bighorn during meeting with FSA (February 11, 1999), KVL501-2549 | ☒ | ☐ |

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| 29. | Transcript excerpt of Ernest Bighorn deposition (April 21, 2009). | ☐ | ☒ |
| 30. | Chronology file for Ernest and Channon Bighorn showing that USDA has no record of Bighorn complaint, KPG049330-33 | ☐ | ☒ |
| 31. | USDA response to inquiry from Ernest Bighorn into the status of his complaint (Dec. 10, 2002), KPG049297-298 | ☐ | ☒ |
| 32. | Transcript excerpt of Steve Defender deposition (Feb. 5, 2009) | ☐ | ☒ |
| 33. | Transcript excerpt of James McCuen deposition (Feb. 27, 2009) | ☐ | ☒ |
| 34. | Transcript excerpt of Gloria Fischer deposition (March 4, 2009) | ☐ | ☒ |
| 35. | Statement of Secretary Glickman entitled "Fairness for Black Farmers," submitted to The Washington Post (Nov. 1, 2000) | ☐ | ☒ |
| 36. | Statement of Secretary Dan Glickman on Inspector General's Report on USDA's Civil Rights Progress (Oct. 1, 1998), KVL651-000608 | ☒ | ☐ |
| 37. | 1994 Management Alert, Review of Office of Civil Rights Enforcement Operations (Dec. 12, 1994), KVL611-000155-57 | ☒ | ☐ |
| 38. | Transcript excerpt of Lloyd Wright deposition (Feb. 19, 2009) | ☐ | ☒ |
| 39. | U.S. Department of Agriculture, Report to the Secretary of Agriculture, Minority Participation in Farm Service Agency's Farm Loan Programs -- Phase II ("September 1997 Audit"), KPG 019562-700 | ☐ | ☒ |
| 40. | U.S. Department of Agriculture, Report to the Secretary of Agriculture, Evaluation of the Office of Civil Rights' Efforts to Reduce the Backlog of Program Complaints ("September 1998 Audit"), KVL600-001956-2022 | ☐ | ☒ |
| 41. | Civil Rights at the United States Department of Agriculture, A Report by the Civil Rights Action Team ("CRAT Rep."), February 1997 | ☐ | ☒ |
| 42. | Notice AO-1174, Program Discrimination Complaint Process and Factfinding Inquiries (FFI's) (Sept. 30, 1998), KVL656-000595-604 | ☒ | ☐ |
| 43. | Office of Inspector General, U.S. Department of Agriculture Evaluation Report for the Secretary on Civil Rights Issues -- Phase I ("February 1997 Audit"), KPG 00465-90 | ☐ | ☒ |
| 44. | Transcript excerpt of Carlton Lewis deposition (April 22, | ☐ | ☒ |

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| | 2009) | | |
| 45. | Transcript excerpt of Phil Givens deposition (April 23, 2009) | ☐ | ☒ |
| 46. | GAO Report to Congressional Requesters, U.S. Department of Agriculture, Recommendations and Options to Address Management Deficiencies in the Office of the Assistant Secretary for Civil Rights (October 2008) | ☐ | ☒ |
| 47. | U.S. Department of Agriculture, Office of Inspector General Evaluation Report, Implementation of OIG's Recommendations - Department's Civil Rights Complaint System and the Direct Farm Loan Program ("March 1998 Audit"), KVL600-001935-55 | ☐ | ☒ |
| 48. | U.S. Department of Agriculture, Report to the Secretary of Agriculture, Evaluation of the Office of Civil Rights' Efforts to Implement Civil Rights Settlements ("March 1999 Audit"), KVL | ☐ | ☒ |
| 49. | U.S. Department of Agriculture, Office of Inspector General Audit Report, Office of Civil Rights Status of the Implementation of Recommendations Made in Prior Evaluations of Program Complaints ("March 2000 Audit"), KVL600-001838-1934 | ☐ | ☒ |
| 50. | U.S. Department of Agriculture, Office of Inspector General, Northeast Region, Audit Report: Followup on Prior Recommendations for Civil Rights Program and Employment Complaints ("September 2005 Audit") | ☐ | ☒ |
| 51. | U.S. Department of Agriculture, Office of Inspector General, Southeast Region, Audit Report: Minority Participation in Farm Service Agency's Programs ("November 2005 Audit"), KVL634-000155-208 | ☒ | ☐ |
| 52. | U.S. Commission on Civil Rights, *Federal Title VI Enforcement to Ensure Nondiscrimination in Federally Assisted Programs* (June 1996), KVL614-F04-001011-80 | ☒ | ☐ |
| 53. | Transcript excerpt of Jacqueline Micheli deposition (April 30, 2009) | ☐ | ☒ |
| 54. | Transcript excerpt of Donna Black Cloud deposition (April 14, 2009) | ☐ | ☒ |
| 55. | Transcript excerpt of Daniel Gieseke deposition(May 8, 2009) | ☐ | ☒ |
| 56. | Declaration of Randall Hawkinson (attached to USDA's October 3, 2008 Status Report) | ☐ | ☒ |
| 57. | Declaration of Colleen Snyder (attached to USDA's October 3, 2008 Status Report) | ☐ | ☒ |

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| 58. | Excerpt of Exhibit D, Part 1 to Declaration of Randall Hawkinson (attached to USDA's October 3, 2008 Status Report) | ☐ | ☒ |
| 59. | Exhibit B to Declaration of Randall Hawkinson (attached to USDA's October 3, 2008 Status Report) | ☐ | ☒ |
| 60. | Transcript excerpt of Randall Hawkinson deposition (Nov. 25, 2008) | ☐ | ☒ |
| 61. | Transcript excerpt of Carlton O'Neal deposition (March 16, 2009) | ☐ | ☒ |
| 62. | Exhibit 4 to deposition of Theresa Bulla (May 6, 2008 email from Theresa Bulla responding to questions concerning civil rights testimony), KVL680-000006-20 | ☒ | ☐ |
| 63. | Exhibit A to Declaration of Chris Beyerhelm (attached to USDA's October 3, 2008 Status Report) ("hold" notices) | ☐ | ☒ |
| 64. | Exhibit A to Declaration of Randall Hawkinson (attached to USDA's October 3, 2008 Status Report) (October 2008 litigation hold notice) | ☐ | ☒ |
| 65. | Transcript excerpt of Johnny Toles deposition (Nov. 17, 2008) | ☐ | ☒ |
| 66. | Letter to Secretary Veneman from Congressman Pomeroy, Senator Conrad, and Senator Dorgan (Nov. 5, 2003), KVL673-000007-9 | ☒ | ☐ |
| 67. | Excerpt from FSA State Civil Rights Coordinator Orientation and Civil Rights Training (2007), KVL605-000053 to 311 | ☐ | ☒ |
| 68. | USDA Program Discrimination Complaint Process, Office of Civil Rights Training (Dec. 10, 1997), KVL654-00635 to 650 | ☒ | ☐ |
| 69. | Complaint submitted to the USDA complaint hotline (undated), KVL687-000048 | ☒ | ☐ |
| 70. | Memorandum of Conversation between Office of Inspector General auditor Dedra Gamble and Office of Civil Rights File Room Manager and FOIA Specialist Nona Jones (Sept. 26, 2006), KVL676-018281 | ☒ | ☐ |
| 71. | Transcript excerpt of Colleen Snyder deposition (Nov. 20, 2008) | ☐ | ☒ |