**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOM VILSACK, Secretary, United States Department of Agriculture,<br><br>    Defendant. | Civil Action No. 1:99CV03119 (EGS)<br><br>Judge: Emmet G. Sullivan<br>Magistrate Judge: Alan Kay |

**INDEX OF APPENDIX OF EXHIBITS CITED IN PLAINTIFFS'
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR CERTIFICATION OF DAMAGES CLAIMS
<u>UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(b)(3)</u>**

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| 1. | Order Denying Writ of Mandamus, No. 04-5031 (D.C. Cir. Mar. 3, 2004) | ☐ | ☒ |
| 2. | Final Expert Rebuttal Report of Patrick M. O'Brien (Nov. 2009) | ☐ | ☒ |
| 3. | Expert Report of Lynn Hayes (Feb. 20, 2009) | ☐ | ☒ |
| 4. | Deposition of David Winningham (May 22, 2009) | ☐ | ☒ |
| 5. | U.S. Dept. of Agriculture, A Qualitative Study of Civil Rights Implications in Farm Loan Program Administration: Perceptions and Vulnerabilities (1998) | ☐ | ☒ |
| 6. | American Indian Outreach Project: Reorientation Meeting Report (Aug. 2001) | ☐ | ☒ |
| 7. | Motion and Brief of the United States for Summary Judgment Affirming Agency Action, *Verlarde v. United States*, No. 85-K-2103 (D. Colo. July 8, 1987) | ☐ | ☒ |
| 8. | Attachment to Letter From Vance L. Clark, FmHA Administrator, to U.S. Senate Agriculture Committee Chairman Quentin N. Burdick (Sept. 17, 1987) | ☐ | ☒ |
| 9. | Deposition of Carolyn Cooksie (Feb. 28, 2006) | ☐ | ☒ |
| 10. | Deposition of James Radintz, Topic 6 (Mar. 8, 2006) | ☐ | ☒ |
| 11. | Deposition of Rosalind Gray (Oct. 23, 2008) | ☐ | ☒ |

| Exhibit No. | Document | Filed Under Seal YES | NO |
|---|---|---|---|
| 12. | Deposition of James Radintz, Topic 7 (Apr. 20, 2006) | ☐ | ☒ |
| 13. | Deposition of James Rowe (Apr. 20, 2006) | ☐ | ☒ |
| 14. | Deposition of Jonathan Anderson (Mar. 6, 2009) | ☐ | ☒ |
| 15. | Deposition of Michael Cumpton (Apr. 30, 2009) | ☐ | ☒ |
| 16. | Deposition of Roger Meredith (May 14, 2009) | ☐ | ☒ |
| 17. | Deposition of Mark Petty (May 15, 2009) | ☐ | ☒ |
| 18. | Deposition of Michele Larrick (May 20, 2009) | ☐ | ☒ |
| 19. | Deposition of Ervin Knuth (Apr. 29, 2009) | ☐ | ☒ |
| 20. | Deposition of Clarence Ropp (May 19, 2009) | ☐ | ☒ |
| 21. | USDA Office of the Inspector General, Minority Participation in Farm Service Agency's Farm Loan Programs – Phase II (1997) | ☐ | ☒ |
| 22. | Civil Rights Action Team, U.S. Department of Agriculture, Civil Rights at the United States Department of Agriculture (1997) | ☐ | ☒ |
| 23. | Statement of Deputy Secretary of Agriculture Rominger at a USDA Civil Rights Forum, May 14, 1996 | ☐ | ☒ |
| 24. | Letter From Dan Glickman, Secretary of Agriculture, to Kenneth Harden (Apr. 29, 1997) | ☐ | ☒ |
| 25. | Deposition of Raymond Lopez (Oct. 1, 2009) | ☐ | ☒ |
| 26. | Expert Report of William T. Bielby (Feb. 20, 2009) | ☐ | ☒ |
| 27. | Expert Report of Stephanie A. Fryberg (Feb. 20, 2009) | ☐ | ☒ |
| 28. | Deposition of Steven Defender (Feb. 5, 2009) | ☐ | ☒ |
| 29. | Deposition of Luther Crasco (Mar. 10, 2006) | ☐ | ☒ |
| 30. | Deposition of Nancy Carnley (Apr. 8, 2009) | ☐ | ☒ |
| 31. | Deposition of Phil Givens (Apr. 23, 2009) | ☐ | ☒ |
| 32. | Expert Rebuttal Report of Patrick O'Brien (July 2009) | ☐ | ☒ |
| 33. | Expert Report of Gordon C. Rausser (Oct. 19, 2009) | ☒ | ☐ |
| 34. | Deposition of Kathleen Miller (Dec. 2, 2008) | ☐ | ☒ |
| 35. | Hawkinson Decl. Attachment D (25-AS) | ☐ | ☒ |
| 36. | Colleen Snyder Declaration (Oct. 3, 2008) | ☐ | ☒ |
| 37. | Deposition of Colleen Snyder (Nov. 20, 2008) | ☐ | ☒ |
| 38. | Hawkinson Decl. Attachment B | ☐ | ☒ |
| 39. | Randall Hawkinson Declaration (Oct. 3, 2008) | ☐ | ☒ |
| 40. | Expert Report of Patrick O'Brien (Feb. 2009) | ☐ | ☒ |
| 41. | Expert Report of Gordon C. Rausser (April 9, 2009) | ☒ | ☐ |