IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., <br><br>              Plaintiffs, <br><br>    v. <br><br> TOM VILSACK, Secretary, United States Department of Agriculture, <br><br>              Defendant. | Civil Action No. 1:99CV03119 (EGS) <br><br> Judge:    Emmet G. Sullivan <br> Magistrate Judge:   Alan Kay |

**JOINT MOTION TO VACATE THE APRIL 21, 2010 STATUS CONFERENCE
AND TO CONTINUE THE STAY UNTIL MAY 21, 2010**

The parties respectfully request that the Court vacate the April 21, 2010 status conference and the related obligation to file a status report by April 15, 2010, and stay the case until May 21, 2010 to allow the parties to continue to focus their attention on settlement discussions.

On December 4, 2009, the Court stayed briefing in this case until February 1, 2010 to allow the parties to explore settlement.  Minute Order of Judge Emmet G. Sullivan (Dec. 4, 2010).  On February 2, 2010, the Court issued an order granting the parties' joint motion to extend the stay through April 21, 2010, directing the parties to submit a status report on April 15, and scheduling a status conference for April 21 at 10:30 a.m. in Courtroom 24A.  Minute Order of Judge Emmet G. Sullivan (Feb. 2, 2010).

An additional stay of the litigation for 30 days will permit the parties the opportunity to continue exploring settlement of this action.  The parties therefore propose that the current stay be extended until May 21, 2010, and that the Court schedule a status conference on May 21 or

shortly thereafter. The length of this stay is reasonable in light of the many considerations involved in settling a class action lawsuit of this size and scope.

Dated: April 13, 2010                                Respectfully submitted,

| | |
|---|---|
| BETH BRINKMANN<br>Deputy Assistant Attorney General | By:  /s/Joseph M. Sellers<br>Joseph M. Sellers, Bar No. 318410<br>Christine E. Webber, Bar No. 439368 |
| RONALD C. MACHEN, JR.<br>Acting United States Attorney | Llezlie Green Coleman, Bar No. 484051<br>COHEN MILSTEIN SELLERS &<br>  TOLL PLLC |
| JUDRY L. SUBAR, DC Bar # 347518<br>Assistant Director<br>Federal Programs Branch | 1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Telephone:  (202) 408-4600 |
| /s/ Joshua E. Gardner<br>JOSHUA E. GARDNER, DC Bar #478049 | Facsimile:  (202) 408-4699 |
| JEAN-MICHEL VOLTAIRE, NY Bar<br>AMY POWELL<br>ERIC J. SOSKIN, PA Bar #200663<br>JUSTIN SANDBERG, IL Bar #6278377<br>KENNETH E. SEALLS, DC Bar #400633<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7222<br>Washington, D.C. 20044<br>Telephone: (202) 616-0679<br>Facsimile: (202) 6168470<br>Heather.Phillips@usdoj.gov (Lead Attorney) | David J. Frantz, Bar No. 202853<br>CONLON, FRANTZ & PHELAN<br>1818 N Street, N.W.<br>Suite 400<br>Washington, DC  20036-2477<br>Telephone:  (202) 331-7050<br>Facsimile:  (202) 331-9306<br><br>Anurag Varma, Bar No. 471615<br>PATTON BOGGS LLP<br>2550 M Street, N.W.<br>Washington, DC  20037<br>Telephone:  (202) 457-6000<br>Facsimile:  (202) 457-6315 |
| *Counsel for Defendant* | Phillip L. Fraas<br>STINSON MORRISON HECKER<br>1150 18th St. NW, Suite 800<br><br>Washington, DC 20036<br>Telephone:  (202) 785-9100<br>Facsimile:  (202) 785-9163 |

793695.1 1                                3

      Paul M. Smith, Bar No. 358870
      JENNER & BLOCK LLP
      1099 New York Ave., N.W.
      Suite 900
      Washington, DC  20001-4412
      Telephone:  (202) 639-6000
      Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

      Sarah Vogel
      SARAH VOGEL LAW FIRM, P.C.
      222 N. 4th St.
      Bismarck, ND  58501

*Of Counsel*