**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARILYN KEEPSEAGLE, et al., | Civil Action No. 1:99CV03119 (EGS) |
| Plaintiffs, | |
| v. | |
| TOM VILSACK, Secretary, United States Department of Agriculture, | Judge:    Emmet G. Sullivan <br> Magistrate Judge:   Alan Kay |
| Defendant. | |

**<u>Joint Status Report</u>**

Pursuant to this Court's July 30, 2010 Order, Plaintiffs Marilyn Keepseagle, et al. and Defendant Tom Vilsack (collectively, the "Parties") hereby file this Joint Status Report to inform the Court of the status of their ongoing settlement negotiations and to provide a recommendation for further proceedings.

The parties have been negotiating intensively over the terms of a class settlement, with numerous meetings and phone calls and the exchange of draft language.  Given the complexity of this nationwide class action involving both injunctive and monetary claims, the process has moved more slowly than we had hoped.  But substantial progress has been made.  There remain important areas of disagreement, but we hope to have a settlement finalized within weeks.

To permit the Parties time to finalize a settlement, the Parties respectfully request that this Court further stay proceedings until the end of August, at which time they expect either to present a settlement for the Court's preliminary and final approval or to resume litigation.

Respectfully submitted,

*/s/* Paul M. Smith

| | |
|---|---|
| Joseph M. Sellers, Bar No. 318410 | Paul M. Smith, Bar No. 358870 |
| Christine E. Webber, Bar No. 439368 | Katherine A. Fallow, Bar No. 462002 |
| COHEN MILSTEIN SELLERS & | Jessica Ring Amunson, Bar No. 497223 |
| TOLL PLCC | Carrie F. Apfel, Bar No. 974342 |
| 1100 New York Avenue, N.W. | JENNER & BLOCK LLP |
| Suite 500, West Tower | 1099 New York Ave., N.W. |
| Washington, DC 20005 | Suite 900 |
| Telephone: (202) 408-4600 | Washington, DC 20001-4412 |
| Facsimile: (202) 408-4699 | Telephone: (202) 639-6000 |
| | Facsimile: (202) 639-6066 |

| | |
|---|---|
| David J. Frantz, Bar No. 202853 | Anurag Varma, Bar No. 471615 |
| CONLON, FRANTZ & PHELAN | PATTON BOGGS LLP |
| 1818 N Street, N.W. | 2550 M Street, N.W. |
| Suite 400 | Washington, DC 20037 |
| Washington, DC 20036-2477 | Telephone: (202) 457-6000 |
| Telephone: (202) 331-7050 | Facsimile: (202) 457-6315 |
| Facsimile: (202) 331-9306 | |

Phillip L. Fraas
STINSON MORRISON HECKER
1150 18th St. NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163

*Attorneys for Plaintiffs*

Sarah Vogel
SARAH VOGEL LAW FIRM, P.C.
222 N. 4th St.
Bismarck, ND 58501

*Of Counsel*

For the <u>Secretary</u>:

<u>/s/</u> Joshua E. Gardner

TONY WEST
Assistant Attorney General

JOSHUA E. GARDNER, United States Attorney
RONALD C. MACHEN JR., United States
Attorney
Civil Division, Room E4216
555 Fourth Street NW
Washington, DC  20530
Telephone:  (202) 514-7170


_____

Attorneys, Federal Programs Branch
Civil Division
20 Massachusetts Avenue NW, Room 6146
Washington, DC  20001
Telephone:  (202) 514-1944


Dated: July 30, 2010