# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:99CV03119 |
| v. ) | (EGS) |
| ) | |
| TOM VILSACK, Secretary, United States ) | |
| Department of Agriculture, ) | Judge: Emmet G. Sullivan |
| ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AND AN ORDER CERTIFYING SETTLEMENT CLASS AND APPROVING CERTAIN PROVISIONS IN SETTLEMENT AGREEMENT

For the reasons set forth in the accompanying memorandum of points and authorities, Plaintiffs hereby move the Court for an order granting preliminary approval of the Settlement Agreement, certifying the settlement class, and approving certain provisions in the Settlement Agreement. In addition, Plaintiffs move this Court to order that all objections to the Settlement Agreement and all opt-outs be filed by February 9, 2011, and request the Court to schedule a fairness hearing on the Settlement Agreement for February 21, 2011.

October 22, 2010                             Respectfully submitted,

                                             By: /s/ Paul M. Smith

Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
Peter Romer-Friedman, Bar No. 993376
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

David J. Frantz, Bar No. 202853
CONLON, FRANTZ & PHELAN
1818 N Street, N.W.
Suite 400
Washington, DC 20036-2477
Telephone: (202) 331-7050
Facsimile: (202) 331-9306

Paul M. Smith, Bar No. 358870
Katherine A. Fallow, Bar No. 462002
Jessica Ring Amunson, Bar No. 497223
Carrie F. Apfel, Bar No.
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Anurag Varma, Bar No. 471615
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Phillip L. Fraas
STINSON MORRISON HECKER
1150 18th St. NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163


Sarah Vogel
SARAH VOGEL LAW PARTNERS
222 N. 4th St.
Bismarck, ND 58501
Telephone: (701) 221-2911
Facsimile: (701) 221-5842

*Attorneys for Plaintiffs*