# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:99CV03119 |
| v. ) | (EGS) |
| ) | |
| TOM VILSACK, Secretary, United States ) | |
| Department of Agriculture, ) | Judge: Emmet G. Sullivan |
| ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AND AN ORDER CERTIFYING SETTLEMENT CLASS AND APPROVING CERTAIN PROVISIONS IN SETTLEMENT AGREEMENT

Upon consideration of Plaintiffs' Motion for Preliminary Approval of Settlement, Settlement Class, Notice, Proposed Administrators, Attorney's Fees, and Service Awards, and the entire record herein

It is hereby ORDERED that the motion is GRANTED:

(1) The Settlement Agreement is preliminarily approved;

(2) Attorney's fees for individual counsel for Track A Claimants is capped at 2% of a Track A final award, and attorney's fees for individual counsel for Track B Claimants is capped at 8% of a Track B final award;

(3) Kinsella Media, LLC is approved as the Notice Administrator for purposes of the Settlement Agreement;

(4) Epiq Systems is approved as the Claims Administrator for purposes of the Settlement Agreement;

(5) JAMS is approved as the Neutral for purposes of the Settlement Agreement;

(6) The Implementation Costs set forth in Section VII.B-D of the Settlement Agreement are approved. The Secretary is authorized to disburse to Class Counsel, for the benefit of the Class, the funds specified in Section VII. The Court finds that the expenditure of such funds for purposes of this Settlement Agreement are a proper and consistent use of the funds, and that the Secretary shall not be liable in any other context or proceeding for these funds in the event that the Settlement Agreement becomes void or is voided;

(7) The following attorneys are approved as Class Counsel: Joseph M. Sellers, Christine E. Webber, Peter Romer-Friedman of Cohen, Milstein, Sellers & Toll, PLLC; David J. Frantz of Conlon, Frantz & Phelan, LLP; Paul M. Smith, Katherine A. Fallow, Michael Brody, Jessica Ring Amunson, and Carrie Apfel of Jenner & Block, LLP; Anurag Varma of Patton Boggs LLP; Phillip L. Fraas of Stinson, Morrisson and Hecker; and Sarah Vogel of Sarah Vogel Law Partners;

(8) The following individuals are approved as Class Representatives: Luke Crasco, Gene Cadotte, Keith Mandan, Porter Holder, Marilyn Keepseagle, and Claryca Mandan;

(9) The Court hereby affirms its prior decision certifying the class described below to allow it to pursue declaratory and injunctive relief pursuant to Fed. R. Civ. P. 23(b)(2), and to allow the same class to pursue claims for damages pursuant to Fed. R. Civ. P. 23(b)(3):

> All persons who are Native American farmers and ranchers who (1) farmed or ranched or attempted to farm or ranch between January 1, 1981 and November 24, 1999; (2) applied to the USDA for participation in a farm loan program during that period; and (3) filed a discrimination complaint with the USDA either individually or through a representative with regard to alleged discrimination that occurred during the same time period.

(10) The proposed Notices, attached as Exhibits I and J to the Settlement Agreement, are approved, and the parties' plan for dissemination of notice of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(1) is approved;

(11) All objections to the Settlement Agreement and all opt-outs must be filed by February 9, 2011;

(12) A fairness hearing on the Settlement Agreement is scheduled for February 21, 2011 at _____.

SO ORDERED this _____ day of _____, 2010.

_____
The Honorable Emmet G. Sullivan

Copies to all counsel