**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | Civil Action No. 1:99CV03119 |
| v. ) | (EGS) |
|  ) | |
| TOM VILSACK, Secretary, United States ) | |
| Department of Agriculture, ) | Judge: Emmet G. Sullivan |
|  ) | Magistrate Judge: Alan Kay |
|  ) | |
| Defendant. ) | |
|  ) | |

**FINAL ORDER AND JUDGMENT**

**WHEREAS**, on April 28, 2011, the Court granted final approval of the Settlement Agreement by written order, supported by oral findings made at the Fairness Hearing; and

**WHEREAS** the approved Settlement Agreement constitutes a final resolution of the claims asserted in this matter against defendant USDA by the plaintiff class defined as:

> All persons who are Native American farmers and ranchers, who (1) farmed or ranched or attempted to farm or ranch between January 1, 1981 and November 24, 1999; (2) applied to the USDA for participation in a farm program during that same period; and (3) filed a discrimination complaint with the USDA either individually or through a representative with regard to alleged discrimination that occurred during the same time period.

Settlement Agreement, Dkt. 576, § II.E.; Order on Motion for Preliminary Approval, Dkt. 577, at ¶ 9; and

**WHEREAS** the following persons timely and validly requested exclusion from the Settlement Class, and therefore are not otherwise bound by this Judgment: James Byron Powell Sr., Betty Flannery, Gregory Toscano, and Colleen A. Faith; and

**WHEREAS** the Plaintiffs, pursuant to Section XIV.D.1 of the Settlement Agreement and Rule 41(a) of the Federal Rules of Civil Procedure, seek dismissal of this action with prejudice;

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment in this case is entered pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

2. The order of this Court entered April 28, 2011 is hereby incorporated into this final order and judgment.

3. This action is dismissed with prejudice. In accordance with the terms of the Settlement Agreement, this Court hereby retains continuing jurisdiction for a period of five years from the date of entry of this Final Judgment for the limited purposes set forth in Section XIII of the Settlement Agreement.

4. In the event that the settlement does not become effective in accordance with the terms of the Agreement, then the action is reinstated in accordance with terms of Section XVII of the Settlement Agreement.

**SO ORDERED.**

**SIGNED:**    **Emmet G. Sullivan**
             **United States District Judge**
             **April 29, 2011**