**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOM VILSACK, Secretary, United States Department of Agriculture, <br><br> Defendant. | Civil Action No. 1:99CV03119 (EGS) <br><br> Judge:   Emmet G. Sullivan <br> Magistrate Judge:  Alan Kay |

**NOTICE OF FILING**

Plaintiffs submitted a resolution from the National Congress of American Indians (NCAI) in connection with their Status Report of August 30, 2013.  Since that time, the NCAI has adopted a new resolution, which also endorses Plaintiffs' proposal for *cy pres* funds.  A copy is attached.

Dated: October 31, 2013

Respectfully submitted,

By  /s/Joseph M. Sellers
Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
Peter Romer-Friedman, Bar No. 993376
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Paul M. Smith, Bar No. 358870
Katherine A. Fallow, Bar No. 462002
Jessica Ring Amunson, Bar No. 497223
Carrie F. Apfel, Bar No.
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

David J. Frantz, Bar No. 202853  
CONLON, FRANTZ & PHELAN  
1818 N Street, N.W.  
Suite 400  
Washington, DC 20036-2477  
Telephone: (202) 331-7050  
Facsimile: (202) 331-9306  

Sarah Vogel  
SARAH VOGEL LAW OFFICE  
1203 North 2nd St.  
Bismarck, ND 58501  
Phone:  701 355-6521  
sarahvogellaw@gmail.com  

Anurag Varma, Bar No. 471615  
PATTON BOGGS LLP  
2550 M Street, N.W.  
Washington, DC 20037  
Telephone: (202) 457-6000  
Facsimile: (202) 457-6315  

Phillip L. Fraas  
STINSON MORRISON HECKER  
1150 18th St. NW, Suite 800  
Washington, DC 20036  
Telephone: (202) 785-9100  
Facsimile: (202) 785-9163  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2013, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record in the case.

Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699