IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., | Civil Action No. 1:99CV03119 (EGS) |
| Plaintiffs, | |
| v. | |
| TOM VILSACK, Secretary, United States Department of Agriculture, | Judge: Emmet G. Sullivan<br>Magistrate Judge: Alan Kay |
| Defendant. | |

**NOTICE OF FILING**

Plaintiffs submit the attached letter from the Council for Native American Farming and Ranching which reports on the Council's resolution endorsing the use of *cy pres* funds to create a foundation, as Plaintiffs have proposed.

Dated: November 12, 2013                                   Respectfully submitted,


By  /s/ Joseph M. Sellers                                  Paul M. Smith, Bar No. 358870
Joseph M. Sellers, Bar No. 318410                          Katherine A. Fallow, Bar No. 462002
Christine E. Webber, Bar No. 439368                        Jessica Ring Amunson, Bar No. 497223
Peter Romer-Friedman, Bar No. 993376                       Carrie F. Apfel
COHEN MILSTEIN SELLERS &                                   JENNER & BLOCK LLP
  TOLL PLLC                                                1099 New York Ave., N.W.
1100 New York Avenue, N.W.                                 Suite 900
Suite 500, West Tower                                      Washington, DC 20001-4412
Washington, DC 20005                                       Telephone: (202) 639-6000
Telephone: (202) 408-4600                                  Facsimile:  (202) 639-6066
Facsimile:  (202) 408-4699

David J. Frantz, Bar No. 202853
CONLON, FRANTZ & PHELAN
1818 N Street, N.W.
Suite 400
Washington, DC 20036-2477
Telephone: (202) 331-7050
Facsimile:  (202) 331-9306

Sarah Vogel
SARAH VOGEL LAW OFFICE
1203 North 2nd St.
Bismarck, ND 58501
Telephone:  (701) 355-6521
sarahvogellaw@gmail.com

Anurag Varma, Bar No. 471615
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

Phillip L. Fraas
STINSON MORRISON HECKER
1150 18th St. NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile:  (202) 785-9163

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2013, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record in the case.

Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS &
 TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699