## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., | |
| Plaintiffs, | Civil Action No. 1:99CV03119 (EGS) |
| v. | |
| TOM VILSACK, Secretary, United States Department of Agriculture, | Judge:  Emmet G. Sullivan<br>Magistrate Judge: Alan Kay |
| Defendant. | |

**JOINT STATUS REPORT AND MOTION TO RESCHEDULE
MARCH 26, 2014 STATUS CONFERENCE**

On November 18, 2013, the Court held a status conference in which the Court and the parties addressed the future disposition of *cy pres* funds under the Settlement Agreement. At the conclusion of the status conference, the parties agreed that they would confer over the *cy pres* issue in an effort to resolve any disputes between them. On January 21, 2014, the parties reported on their progress in resolving their disputes over the disposition of the *cy pres* funds, and sought additional time for their discussions. The Court reset the Status Conference for March 26, 2014, with a Status Report due on March 17, 2014.

The parties have continued to engage in face to face and telephonic discussions. They have made further progress. The parties intend to jointly recommend to the Court modifications of the *cy pres* provisions of the Settlement Agreement to create a non-profit entity to distribute the *cy pres* funds over a period of time, for the benefit of Native American farmers and ranchers, though no final agreement has been reached. The parties need additional time to reach a final agreement. Accordingly, the parties jointly request that the Court reschedule the March 26, 2014

Status Conference for the week of May 12, 2014, and set the deadline for the next status report as May 6, 2014.

A proposed order is attached.

| | |
|---|---|
| Dated: March 17, 2014 | Respectfully submitted, |
| By */s/Joseph M. Sellers* | /s/ Justin M. Sandberg |
| Joseph M. Sellers, Bar No. 318410 | JUSTIN M. SANDBERG |
| Christine E. Webber, Bar No. 439368 | (Ill. Bar No. 6278377) |
| Peter Romer-Friedman, Bar No. 993376 | Trial Attorney |
| COHEN MILSTEIN SELLERS & | U.S. Dept. of Justice, Civil Division, |
|    TOLL PLLC | Federal Programs Branch |
| 1100 New York Avenue, N.W. | 20 Mass. Ave., NW, Rm. 7302 |
| Suite 500, West Tower | Washington, DC 20001 |
| Washington, DC 20005 | (202) 514-5838 phone |
| Telephone: (202) 408-4600 | (202) 616-8202 fax |
| Facsimile: (202) 408-4699 | |
| *Attorneys for Plaintiffs* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2014, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record in the case.

>Respectfully submitted,
>
>*/s/ Joseph M. Sellers*
>Joseph M. Sellers, Bar No. 318410
>COHEN MILSTEIN SELLERS &
>  TOLL PLLC
>1100 New York Avenue, N.W.
>Suite 500, West Tower
>Washington, DC 20005
>Telephone: (202) 408-4600
>Facsimile: (202) 408-4699