

March 9th, 2014

Honorable Judge Emmet Sullivan
U.S. District Court of District of Columbia
333 Constitution Ave, NW
Washington, DC    20001

Dear Honorable Judge,

As one of the remaining lead plaintiffs in the Keeps Eagle v. Vilsack law suit, I wish to formally make a statement of frustration in regard to the seeming, "Back of the Bus" role, that has transpired in the discrimination case against American Indian ranchers and farmers.

Being discriminated against is an ugly feeling. A feeling that non-Indian suits or lawyers have no clue, unless a large sum of money is entailed and then all the suits suddenly get it and go to work and determine what is best for Indians.

The award is made and now we plaintiffs sit in the back of the bus. We are advise rather unimportantly that the suits on both sides of the case and the judge have dug in on what they believe is best. We are advised if we want the balance of the settlement dispersed equally, the award will go back to DOJ.

Now our bus takes a turn down the "Cy Pres" street. Hey driver ! Where are we heading ? We are told a Fund may be set up and the suits will figure it all out, so sit down in your seat at the back of the bus.

Frustration ! Hear we sit in the back of the bus. We are all too aware of how legal proceeding result. The stealing of our Black Hills is proof, where the judge says, "The stealing is wrong but I'm not giving it back, but here is a dime. I hope this makes you feel better. " Then we have 38 Sioux's, who don't speak English, who are given trials and in less then five minutes per case, each is condemned to death by hanging.

Of course we plaintiffs desire the Award to be completely dispersed equally, but we cannot have this, or think of this, because we are told the balance will go back to the United State treasury.

Honorable Judge Sullivan, should there be a final determination that a "Cy Pres" fund is established, is it possible that we lead plaintiffs be allowed to move up from the back of the bus ? Is it possible that we sit next to the driver and give some direction ? Can we have a voice in how it will be set up or operate ? Is it possible that we remaining plaintiffs be empowered to work directly with the court in the Fund establishment.

Please know that we do have Indian professionals who are more than capable of setting up a non-profit fund. We do not want or need the suits if this Cy Pres Fund is the determination of the court. The suits entanglement will cost millions, we appreciate their work but we can do the rest if a Fund is established. We plaintiffs desire the privilege of hiring and creating the wherewithal of the Fund to the Court's satisfaction.

Thank you for your consideration in this humble request of the lead plaintiffs, of which there are only a few remaining. Most of the original plaintiffs mentioned in this discrimination lawsuit have left this world.

Yours Respectfully and Sincerely,

*[signatures]*

George & Marilyn Keeps Eagle
Fort Yates, ND          58538
701-854-7391