IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:99CV03119 |
| ) | (EGS) |
| v. ) | |
| ) | |
| TOM VILSACK, Secretary, United States ) | Judge: Emmet G. Sullivan |
| Department of Agriculture, ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |

## RESPONSE TO LETTER OF GEORGE AND MARILYN KEEPSEAGLE

Plaintiffs' counsel submit this brief response to the March 6, 2014 letter of George and Marilyn Keepseagle which was filed on March 18, 2014.

George and Marilyn Keepseagle have been and continue to be of great service to the class they represent. Class counsel have consulted with them regularly throughout the litigation. In particular, over the last two years while the issue of distributing the unclaimed funds from the *Keepseagle* settlement has been under discussion we have had conference calls with the Keepseagles and the other named plaintiffs on at least eight occasions, including February 27, 2012, August 22, 2012, October 5, 2012, October 23, 2012, August 21, 2013, October 3, 2013, and January 24, 2014, as well as an in person meeting on November 5, 2013. While we cannot discuss our communications with clients in any detail, all of the proposals submitted to the Court regarding the *cy pres* funds have been discussed with all of the class representatives.

The Keepseagles' letter expresses their preference to distribute the remaining funds equally among prevailing claimants. Plaintiffs' endorsed this proposal in a prior Status Report (Dkt. 652, 9/24/13, at 5). Plaintiffs raised the proposal to distribute remaining funds to

prevailing claimants again during the November 18, 2013 Status Conference, and the USDA stated on the record that it would not support such action (Tr. at 11-12, 31-33, Dkt. 675).

The Keepseagles' letter underscores the importance of bringing to a resolution the disposition of *cy pres* funds. We believe the impatience they express with how long this process has taken is representative of the class as a whole, and we join them in wanting to see a final resolution as soon as possible. The changes to the Settlement Agreement that Plaintiffs have proposed, specifically the creation of a non-profit organization with a governing board consisting of leaders in the Native American community to decide on how *cy pres* funds should be allocated, are also echoed in the Keepseagles' letter, which urged that the lead plaintiffs and Indian professionals be given direction over disbursement of the *cy pres* funds if they are not distributed to the prevailing claimants as discussed above. Plaintiffs trust that the discussions underway with USDA will come to a conclusion soon, one that will turn over control of the *cy pres* funds to a Court-approved board, representative of the class it will serve.

March 21, 2014

By /s/Joseph M. Sellers
Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
Peter Romer-Friedman, Bar No. 993376
COHEN MILSTEIN SELLERS &
 TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

David J. Frantz, Bar No. 202853
CONLON, FRANTZ & PHELAN
1818 N Street, N.W.
Suite 400
Washington, DC 20036-2477

Respectfully submitted,

Paul M. Smith, Bar No. 358870
Katherine A. Fallow, Bar No. 462002
Jessica Ring Amunson, Bar No. 497223
Carrie F. Apfel, Bar No.
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Anurag Varma, Bar No. 471615
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000

Telephone: (202) 331-7050
Facsimile: (202) 331-9306

Sarah Vogel
SARAH VOGEL LAW OFFICE
1203 N. 2nd St.
Bismarck, ND 58501
Telephone:  (701) 355-6521
Facsimile:  (701) 425-0155

Facsimile: (202) 457-6315

Phillip L. Fraas
STINSON LEONARD STREET, LLP
1150 18th St. NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
phillip.fraas@stinsonleonard.com

*Attorneys for Plaintiffs*

1862392.1