Judge Emmet G. Sullivan and,  
Magistrate Judge Alan Kay

March 28 2014

United States District Court For the District of Columbia,  
333 Constitution Ave. NW  
Washington D.C. 20001

Reference : Keeps Eagle Settlement - Cause No. 1:99CV03119

Dear Judges,

    We are George and Marilyn Keeps Eagle, We are the lead named plaintiffs in the above referenced legal action brought before your court. We are writing to make crystal clear our views of the proposed establishment of a perpetual fund using the cy pres funds of this law suit.

    We must strongly protest the use of the cy pres funds to establish this foundation. We in no way endorse it's establishment, nor have we ever supported this endeavor. It in no way would provide any benefit to us or any other member of our class action suit. Instituting a foundation for future Native American farmers and ranchers who might possibly be discriminated against as we have been for these many years, is akin to admitting that we will never be free from discrimination and allowed equal access to government programs. Also the protection of future Indian farmers was a task that was ascribed to the USDA. It would be redundant of us to spend our award of funds to establish this foundation.

    Moreover, using these cy pres funds for non-class action litigants will preclude us from receiving the full amount of monies awarded to us for the discrimination we have suffered. We strongly feel that these assets are the property of the class litigants, not the assets of the class council for them to spend as they see fit. As one of the few remaining lead plaintiffs, our position is that it is up to the class action litigants to decide the fate of the cy pres money. After all it is our money, not the class council's money.

    We have spoken to the class council on this matter, and have expressed to them our firm opposition to the establishment of such a foundation, yet they persist in negotiating with the USDA to set up a perpetual fund. The USDA has settled their obligation to us. The class council now needs to solicit the will of the litigants they are supposed to be representing and follow our wishes.

    There is approx. 380 million dollars in the Cy pres fund. As I understand it, this money is being held in a non-interest bearing account. No one has been able to explain to me why there is no accrual of interest dividends on this money. I have been told that the interest, if wisely invested could amount to nearly $ 30 million dollars annually. We feel that it is wholly inappropriate to not be receiving the benefit of investment. Two years of interest, about 60 million dollars, has so far been wasted.

**PAGE ONE OF THREE**

## Keeps Eagle Settlement - Cause No. 1:99CV03119

I would like to see an accounting of these cy pres funds, and see if indeed they are not accruing interest. I find it unbelievable that there has been no interest paid by the bank on these funds. It is totally irresponsible that these funds have been so poorly managed that there is no gain. Sixty million, soon to be 90 million dollars is a lot of money to be flushed down the drain

The institution of a 380 million dollar perpetual foundation would be counter to the reasons we sought to establish this law suit. This suit was brought to compensate the class action plaintiffs and to cease the discriminatory practices of the USDA. By starting the proposed foundation, the class council would be setting up a continuing cash cow that would only enhance the pocket books of the council, and a few of their handpicked friends. It would do nothing for us or the other Indian litigants whose lives were harmed or destroyed by the actions of the USDA. This discrimination destroyed many hopes, dreams and aspirations, and even our health and our children's health. White farmers received money to pursue their farming and ranching operations, and thrived while minorities suffered. The amount of money awarded to us litigants was but a pittance of the actual money losses, humiliation, and broken dreams that we truly suffered.

I have read the latest status report to the court wherein the class council states that they have consulted with us regarding the establishment of this foundation. They further state that they cannot go into detail regarding those consultations. We believe that the reason they will not disclose the nature of those talks is because we expressed our opposition to the establishment of a foundation to them, and they do not want this fact out in the open.

After I expressed my opposition to the proposed foundation, the class council became agitated. They sent an attorney to my residence who attempted to convince me to agree to the perpetual fund, I refused, and have since been asked to basically keep quiet about my opposition. I was also told that the funds would be withdrawn and returned to the government if we did not agree to the foundation.

As two of the lead plaintiffs in this suit, which bears our family name, we feel that we have been browbeaten, ignored and marginalized. This law suit is not ending the way we had envisioned it so many years ago when we first sought relief from the pain and suffering of the discrimination practices of the FSA and the USDA. Our original purpose was to stop the discrimination and to get equal access to USDA programs. Our aim was not to enrich a bunch of attorneys from Washington DC with an ongoing foundation.

Why is it that every time a Native American receives compensation money, a monetary award, or even grant money, the non Indians come to help us, but end up with the lions share of the money? Why is it that Native Americans are always seen as too incompetent to make decisions concerning their own affairs? It seems like non Indians do not feel that we deserve any compensation for the injustices we suffer, and want to take away or diminish our compensation. That is exactly what is happening here, with the class council trying to reallocate these cy pres funds. We implore the court to not let them get away with it this time.

**PAGE TWO OF THREE**

**Keeps Eagle Settlement - Cause No. 1:99CV03119**

Our opinion is that these funds belong to the members of the class action, as it was we litigants that were harmed. The remaining monies should be disbursed directly to us, the prevailing plaintiffs'. It is our award, our compensation and our money. We must have a say about its disbursal.

My family's lives and health were adversely affected by this discrimination. I, George, am personally in failing health because of the stress caused by the discriminatory practices of the FSA, as are my wife and son. Moreover, I do not feel that we have been adequately compensated for the 30 years of duress that we suffered in dealing with the USDA. What we have received thus far does not begin to cover the losses we have endured.

In conclusion, I would like to point out that the President of the United States ordered that this law suit be settled in the claimants favor. The Justice Department has followed through and negotiated a settlement with us. The US Congress allocated these funds to be paid to us, the Indian farmers and ranchers who suffered discrimination by the USDA, and your Court has awarded us relief. We therefore request that these cy pres funds be distributed to the successful claimants as so ordered by the Court, the President and the Justice Department.

Sincerely Yours,

*George Keeps Eagle*
*Marilyn Keeps Eagle*
George and Marilyn Keeps Eagle
Ft. Yates ND   58538
Telephone (702) 854-7391

**PAGE THREE OF THREE**