# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., | |
| Plaintiffs, | Civil Action No. 1:99CV03119 (EGS) |
| v. | |
| TOM VILSACK, Secretary, United States Department of Agriculture, | Judge:    Emmet G. Sullivan<br>Magistrate Judge:   Alan Kay |
| Defendant. | |

## JOINT STATUS REPORT

As noted in a prior filing, ECF Dckt. No. 685, the parties have reached a tentative agreement on a proposal to modify the Settlement Agreement.  At this point, the parties believe they have nearly reached a final agreement, but a few matters remain to be resolved.  Those issues should be resolved by Wednesday, September 24, 2014. Plaintiffs anticipate filing, on or before that date, a motion asking the Court to approve a joint proposed addendum to the Settlement Agreement, which would modify the Settlement Agreement to, among other things, allow for the creation of a trust.  Plaintiffs also anticipate filing as an exhibit to their motion the proposed trust agreement that would govern creation and operation of the proposed trust.  The Government will timely respond to any motion filed, if it so chooses.

A status conference is scheduled to be held in this matter on October 22, 2014.  The parties see no need to change the date of that conference.


Dated: September 17, 2014				Respectfully submitted,


By  /s/Joseph M. Sellers			/s/ Justin M. Sandberg

<div style="display: flex;">

<div>

Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
Peter Romer-Friedman, Bar No. 993376
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs*

</div>

<div>

JUSTIN M. SANDBERG
(Ill. Bar No. 6278377)
Trial Attorney
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
20 Mass. Ave., NW, Rm. 7302
Washington, DC 20001
(202) 514-5838 phone
(202) 616-8202 fax

*Counsel for Defendant*

</div>

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2014, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record in the case.

Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699