IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:99CV03119<br>) (EGS) |
| TOM VILSACK, Secretary, United States Department of Agriculture, | ) Judge: Emmet G. Sullivan<br>) Magistrate Judge: Alan Kay |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY
THE SETTLEMENT AGREEMENT CY PRES PROVISIONS**

Plaintiffs respectfully submit Plaintiffs' Unopposed Motion to Modify the Settlement Agreement's Cy Pres Provisions ("Motion"). As described in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion, the parties have reached an agreement on a proposed Addendum to the Settlement Agreement that serves to modify the cy pres provisions of the Settlement Agreement. While the cy pres funds would go to non-profit organizations serving Native American farmers and ranchers under both the original agreement and the proposed Addendum, changes in the mechanism for distributing funds, and refinement in the eligible groups, will better accomplish the aims of the original agreement.

Counsel for defendants have authorized the undersigned to represent to the Court that defendants do not oppose the relief requested in this motion, although they do not necessarily agree with all characterizations and arguments in the memorandum filed in support of this motion.

1922658.1

September 24, 2014                                                  Respectfully submitted,


By /s/ Joseph M. Sellers
Joseph M. Sellers, Bar No. 318410                       Paul M. Smith, Bar No. 358870
Christine E. Webber, Bar No. 439368                     Jessica Ring Amunson, Bar No. 497223
Peter Romer-Friedman, Bar No. 993376                    Carrie F. Apfel, Bar No.
COHEN MILSTEIN SELLERS &                                JENNER & BLOCK LLP
 TOLL PLLC                                              1099 New York Ave., N.W.
1100 New York Avenue, N.W.                              Suite 900
Suite 500, West Tower                                   Washington, DC 20001-4412
Washington, DC 20005                                    Telephone: (202) 639-6000
Telephone: (202) 408-4600                               Facsimile: (202) 639-6066
Facsimile: (202) 408-4699


David J. Frantz, Bar No. 202853                         Phillip L. Fraas
CONLON, FRANTZ & PHELAN                                 STINSON MORRISON HECKER
1818 N Street, N.W.                                     1150 18th St. NW, Suite 800
Suite 400                                               Washington, DC 20036
Washington, DC 20036-2477                               Telephone: (202) 785-9100
Telephone: (202) 331-7050                               Facsimile: (202) 785-9163
Facsimile: (202) 331-9306


Sarah Vogel
SARAH VOGEL LAW OFFICE
1203 North 2nd St.
Bismarck, ND 58501
Telephone: (701) 355-6521
Facsimile:  (701) 425-0155


                                                        *Attorneys for Plaintiffs*


2

1922658.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record in the case.

Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

1922658.1