**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
MARILYN KEEPSEAGLE, et al.,        )
                                     )
              Plaintiffs,      )
                                     )
         v.                )     Civil Action No. 1:99CV03119 EGS
                                     )     Judge Emmet G. Sullivan
                                     )     Magistrate Judge Alan Kay
TOM VILSACK, Secretary        )
United States Department of Agriculture,  )
                                     )
                                     )
              Defendant.     )
_____ )

## <u>GREAT PLAINS CLAIMANTS' NOTICE OF APPEARANCE AS *AMICUS CURIAE*</u>

The Great Plains Claimants, by and through undersigned counsel, pursuant to this Court's Order, dated November 7, 2014 (Dkt. No. 728), hereby notice their appearance in settlement modification proceedings in this matter as *amicus curiae*.

The Great Plains Claimants further respectfully request that, in the event that an additional briefing schedule for participation of *amicus curiae* with respect to Class Counsel's motion to modify the Settlement Agreement is ordered, this Court direct that the Great Plains Claimants' brief be due on (or after) November 26, 2014.  Undersigned counsel will be on a long-scheduled vacation beginning on the afternoon of November 12, 2014, and will not return to Washington, D.C. until the late evening of November 18, 2014.   If the Great Plains Claimants' brief is submitted on November 26, 2014, it is respectfully submitted that sufficient time exists for this Court and the parties to review the Great Plains Claimants' *amicus* brief in advance of the December 2, 2014, status conference.

Respectfully submitted this 10th day of November, 2014.

/s/ Stewart D, Fried, Esq.
Marshall Matz, Esq.
D.C. Bar #267955
Stewart D. Fried, Esq.
D.C. Bar #457801
John G. Dillard, Esq.
D.C Bar #1016913
Olsson, Frank, Weeda, Terman, Matz, P.C.
600 New Hampshire Avenue, N.W.  #500
Washington, D.C.  20037
sfried@ofwlaw.com
(202) 789-1212
(202) 234-3550 Facsimile

Attorneys for *Amicus Curiae* Great Plains Claimants

## CERTIFICATE OF SERVICE

On November 10, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Stewart D. Fried
**Stewart D. Fried**