## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:99CV03119 |
| ) | (EGS) |
| v. ) | |
| ) | |
| TOM VILSACK, Secretary, United States ) | Judge:  Emmet G. Sullivan |
| Department of Agriculture, ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |

## <u>STATUS REPORT</u>

Pursuant to the Court's Order dated January 14, 2015, Plaintiffs report on the status of their efforts to secure counsel to assist Marilyn Keepseagle in presenting the legal basis for her views about the disbursement of the unclaimed settlement funds.

Immediately following the status conference held on December 2, 2014, Class Counsel met with Marilyn Keepseagle for several hours.  During that time, Counsel contacted six large law firms in Washington, DC in order to inquire about their availability to assist Mrs. Keepseagle *pro bono.*.  After reviewing the list of firms, Mrs. Keepseagle agreed to consider representation by any of five of the firms.  Three of the firms expressed an interest in considering the request for representation.  In order to assist each of those firms in determining whether it was available to provide the assistance requested, class counsel provided a number of materials from the record and answered questions in lengthy telephone conversations with each firm.

Class counsel was informed that Hogan Lovells was prepared to represent Mr. and Mrs. Keepseagle *pro bono* and offered the assistance requested during a telephone call with the Keepseagles on January 8, 2014.  Immediately thereafter, the firm sent the Keepseagles a

1960673.1

retainer agreement and, upon receipt of the agreement executed by the Keepseagles, it advised

class counsel that it would enter an appearance on their behalf and be available to assist the

Court in resolving the remaining outstanding issues.

Today, the Keepseagles notified Class Counsel that they declined the offer by Hogan

Lovells to represent them and that they were retaining another law firm, which would shortly be

entering an appearance on their behalf.


January 21, 2015                                       Respectfully submitted,

By _/s/Joseph M. Sellers_                              Paul M. Smith, Bar No. 358870
Joseph M. Sellers, Bar No. 318410                     Katherine A. Fallow, Bar No. 462002
Christine E. Webber, Bar No. 439368                   Jessica Ring Amunson, Bar No. 497223
Peter Romer-Friedman, Bar No. 993376                  Carrie F. Apfel, Bar No.
COHEN MILSTEIN SELLERS &                               JENNER & BLOCK LLP
   TOLL PLLC                                           1099 New York Ave., N.W.
1100 New York Avenue, N.W.                             Suite 900
Suite 500, West Tower                                  Washington, DC 20001-4412
Washington, DC 20005                                   Telephone: (202) 639-6000
Telephone: (202) 408-4600                              Facsimile: (202) 639-6066
Facsimile: (202) 408-4699


David J. Frantz, Bar No. 202853                        Phillip L. Fraas
CONLON, FRANTZ & PHELAN                                STINSON LEONARD STREET, LLP
1818 N Street, N.W.                                    1775 Pennsylvania Ave., NW
Suite 400                                              Suite 800
Washington, DC 20036-2477                              Washington, DC 20036
Telephone: (202) 331-7050                              Telephone: (202) 785-9100
Facsimile: (202) 331-9306                              Facsimile: (202) 785-9163
                                                       phillip.fraas@stinsonleonard.com

Sarah Vogel
SARAH VOGEL LAW OFFICE                                 _Attorneys for Plaintiffs_
P. O. Box 385
Bismarck, ND 58502-0385
Phone:  701 355-6521
sarahvogellaw@gmail.com