**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
MARILYN KEEPSEAGLE, et al.,       )
                                                            )
        Plaintiffs,                      )
                                                            )  Civil Action No. 1:99CV03119 EGS
v.                                                        )  Judge Emmet G. Sullivan
                                                            )  Magistrate Judge Alan Kay
                                                            )
TOM VILSACK, Secretary              )
United States Department of Agriculture,  )
                                                            )
        Defendant.                     )
                                                            )
_____ )

## NOTICE OF APPEARANCE OF COUNSEL

Stewart D. Fried, Marshall Matz and John G. Dillard of Olsson, Frank, Weeda, Terman, Matz, P.C., hereby notice their appearance as counsel for behalf of Marilyn Keepseagle and George Keepseagle, two of the named plaintiffs and class representatives, in this class action.

Respectfully submitted this 9th day of February, 2015.

/s/ Stewart D, Fried, Esq.
Stewart D. Fried, Esq.
D.C. Bar #457801
Marshall Matz, Esq.
D.C. Bar #267955
John G. Dillard, Esq.
D.C Bar #1016913
Olsson, Frank, Weeda, Terman, Matz, P.C.
600 New Hampshire Avenue, N.W.  #500
Washington, D.C.  20037
sfried@ofwlaw.com
(202) 789-1212
(202) 234-3550 Facsimile

Attorneys for George and Marilyn Keepseagle

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2015, the foregoing was served via the Court's ECF system, which will cause an electronic copy to be sent to all counsel of record.

/s/ Stewart D. Fried
Stewart D. Fried