May 11, 2015

Chambers of the Honorable Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

RE: Leftover Keepseagle Settlement Fund

Dear Judge Emmet G. Sullivan:

First let me thank you for giving the class members the opportunity to provide comments on the leftover Keepseagle's Settlement funds. I was surprised to read the notice on the Keepseagle's web site because after the listening session I felt no one had heard the overwhelming wishes of the prevailing claimants. I believe the majority of successful claimants would like the funds to be distributed directly to the prevailing claimants instead of the development of non-profit organization to provide services to Native American farmers and ranchers.

I support a second round of payments to the successful claimants and I do not support the cy pres funds distribution to a nonprofit organization nor would I support additional opportunity for potential claimants or claimants who were denied compensation in the original process. I am concerned with the development of non-profit much of the funds would be wasted in administration/indirect/salaries and never actually be distribute to Indian farmers/ranchers.

My opinion is based strongly on the fact I was damaged by the USDA when they would not process or even review my several loan applications and grant applications. My dream at one time was to buy a small farm to raise quality horses, hay and grain crops but it vanished when I was not able to secure the funding I would have needed to acquire the farm acreage.

I also want to provide USDA a message that discrimination practices still continues. I recently attended two meetings about the USDA program changes both times I was overlooked in receiving handouts from USDA staff. While the non-Indian farmers were extended the handouts without any hesitation I had to get up and ask for the handouts. You may say this sounds petty but it is totally the way USDA treats and reacts to Indians in our community.

Thank you Honorable Judge Sullivan for giving us the opportunity to give our thoughts to you directly. I have the deepest respect and gratitude to the Keepseagle's for standing strong and initiating the class action lawsuit.

Sincerely yours,

Mae "Koko" Hufford
73405 Memory Lane
Pendleton, OR 97801
Member of the Confederated Tribes of the Umatilla of Indian enrollment #X604
541-969-7606



*Let this be filed. EGS 5/26/15*

Anita & Louis Matt

Matt Ranch

55245 West Road

Moiese, MT 59824



May 12, 2015

Chambers of the Honorable Emmet G. Sullivan

U.S. District Court for the District of

Columbia

333 Constitution Avenue NW

Washington, DC 20001

Dear Honorable Sullivan,

I write this letter as comment to the upcoming hearing regarding leftover settlement funds from the Keepseagle case.

I was a successful Track A claimant and received $50,000. Although I was very grateful it was not a quarter of what I have had to pay and still paying through traditional lending. We ended up in a 30-year mortgage at 7% and are paying over $27,000 a year. We have not started paying on the principal yet. **We cannot refinance thru USDA/FSA even though it is agricultural deb and It is under $300,000**

Moreover, in 1999 there were only 4 organizations assisting producers with agricultural education, applications, regulation and grievances. There were no Tribes or colleges assisting producers when they were getting discriminated against and foreclosed on. <u>But they will come out of the wood work now thinking they can get funding.</u> Most of the colleges in have no agriculture programs.

Page two

Comment – Keepseagle

May 12, 2015

I strongly believe that there were more people who could have claimed against USDA but thought that the burden of proof was going to be a lot more in depth.   After it was final a lot of people said they could have filed.  Some people were embarrassed and didn't want people to know about being denied by the agency.  But USDA knew in September that they would have funds left over.  Class Counsel should have increased the claims then.

**I believe the funds should be administered to prevailing claimants.**  I would also hope that someone can track our comments, when received, and then we will know our comments were voiced.

Respectfully,

*Anita Matt*
Anita Matt

May 13, 2015

Jerry W. Blue

1820 Orizaba Ave

Signal Hill Ca. 90755

*Let this be filed Sullivan 5/26/15*

To The Honorable

Emmet G. Sullivan

I am writing in regards to the left over Keepseagle Settlement funds. I was a recipient of the settlement as well as one who was discriminated against. When I learned the powers that be (attorneys) wanted to disburse the remaining funds to various non-profits organizations which more than likely includes themselves I was heartbroken to say the least.

I feel life for myself as well as many others have been a constant battle fought uphill. I have worked tirelessly for 30 plus years just to live a fraction of the "American Dream "and to hear that the remaining funds that we fought for will likely be given away is **criminal**.

I am so tired of the unjust treatment of minorities in the so called land of the free and home of the brave it makes me tear up. I ask for nothing but what is fair. I understand a portion of the funds were earmarked for non-profit organizations and it should be honored but to have such a huge amount remaining and to deny the very people who were treated like **rodents** be given to some well to do **Greedy Anglo's** insults me to the core.

My prayer is that you **Honorable Emmet G. Sullivan** will hear our plea and do what is wise by the people who were be hurt the most.

Sincerely

Jerry W. Blue

*Let this be filed*
*[signature] 5/26/15*

May 13, 2015

Chambers of the Honorable Emmet G. Sullivan
U. S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Re: Keepseagle V. Vilsack Settlement – Track A Claimant
Wenonah Caruthers, 10417 E. 166th Street N., Collinsville, OK, 74021

Dear Honorable Emmet Sullivan:

I am writing today to express my wishes for the remaining settlement dollars in the referenced case. I am a Track A claimant. I don't want to go into details of my individual circumstances because you have that on file.

I don't understand why it is even considered that the remaining funds would not be redistributed to the successful claimants. I don't believe that unsuccessful claimants or people that did not even file should be able to participate. Those individuals, like the successful claimants, had 18 months of advertisements and other means of notification to register. I thought back about the meetings I attended and never recalled any mention of left over funds being allocated for all these other services. In addition, I went to the web site and listened to all four of the presentations available. Joe Sellers was the main presenter and during those presentations, he never mentioned what would happen to left-over funds. He stated "money will be <u>divided</u> among all successful claimants". He also stated that the "<u>funds were secured and would be paid</u>". They mention many times that $680,000,000 (less attorneys and other expected fees) that it would be distributed among successful claimants. They do go into details that if there are not enough funds, that individuals on Track A may not get $50,000 and that the debt relief fund may not be adequate. However, I never heard anything about the money going for these other reasons, i.e., 38 million to non-profits and $342 million into a Trust. Also, Mr. Sellers stated it took 11 years for this case to be awarded. Really, when you think about it, $50,000 over 11 years is $4,545.45 per year. You know how far that amount of money will go in today's times. However, we are grateful.

I have to be honest, I have not been in a class-action lawsuit before, however, I have never heard of successful claimants not receiving the entire amount awarded in a lawsuit. I hope we will not be making a negative mark in history on behalf of Indian nation. It feels, once again, that we are enduring the same actions that got us here in the first place. Trusts and non-profits will have administrative fees, attorney fees, and other expenses that will consume thousands of dollars to put into place and most likely, the people that had the hardship will not receive any of those funds that were meant for them. I hope and pray that the government will redistribute leftover funds to the successful claimants. We are the ones that endured extreme losses and hardship and should receive the entire amount awarded in this lawsuit as promised in the presentations.

Sincerely,

*[signature] Wenonah Caruthers*
Wenonah Caruthers

May 14, 2015

Carla Thompson Kurtz
7195 159th St. W.
Apple Valley, MN 55124

Chambers of the Honorable Emmet G. Sullivan
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Dear Judge Sullivan:

I am writing in regards to the Keepseagle v. Vilsack Settlement Civil Action No. 1:99-cv-03119 (DDC) (EGS). Deadline Set For Comments Regarding Leftover Settlement Funds.

I am a Native American who farmed and ranched in North Dakota during this time period in the 1980's. I believe the leftover funds should be paid directly to the Native American farmers and ranchers that were successful claimants under Track A and B, were either denied or who did not file. I am in support of the leftover funds to be made as an additional payment and it will give an opportunity to those who did not file. We are the people who ranched and farmed during that time period in the 80's. It was our livihoods for our families. The case was won and now that there are leftover funds they should respectfully go directly to us. It would make things right for the Native American farmers and ranchers to be heard with respect and treated accordingly.

I pray Mrs. Keepseagle strong beliefs and determination will be heard by the courts with an open mind and consideration for this modification for the Indian people that deserve this additional payment and to those that can file. It is so sad that we as Indian people still have to defend our victories. At the same time I know it is the process. Since this case originated with George and Marilyn Keepseagle and we the Indian people. She again is back in the courts requesting a modification to her own case and I hope and pray you as the Judge will approve the request. I would hope this would move swiftly and not take as long as the original case took. Times have changed and things can happen in a split second in 2015. I would hope the courts are changing also. And all sides can be heard more quickly with all the technology.

Thank you for reading this and allowing us to be heard by mail in comments. It would be nice to have been able to email this in.

Sincerely,

Carla Thompson Kurtz