**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>TOM VILSACK, )<br>Secretary of Agriculture, )<br>)<br>  Defendant. )<br>_____ ) | Case No.  1:99CV03119 (EGS)<br><br>Judge:  Emmet G. Sullivan |

## NOTICE

The Keepseagles, Class Counsel, and the Defendant are actively engaged in settlement discussions.  The parties appreciate the Court's offer to appoint a mediator, but have authorized the undersigned to represent that at this time a mediator is not needed.

Respectfully submitted this 22nd day of October, 2015.

/s/ Marshall Matz, Esq.
Marshall Matz, Esq.
D.C. Bar #267955
Stewart D. Fried, Esq.
D.C. Bar #457801
John G. Dillard, Esq.
D.C Bar #1016913
Olsson Frank Weeda Terman Matz P.C.
600 New Hampshire Avenue, N.W.  #500
Washington, D.C.  20037
mmatz@ofwlaw.com
(202) 789-1212
(202) 234-3550 Facsimile

Attorneys for Marilyn Keepseagle

## **CERTIFICATE OF SERVICE**

      On October 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                             /s/ Marshall Matz
                             Marshall Matz