IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:99CV03119 |
| v. ) | (EGS) |
| ) | |
| TOM VILSACK, Secretary, United States ) | |
| Department of Agriculture, ) | Judge: Emmet G. Sullivan |
| ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY**
**THE SETTLEMENT AGREEMENT CY PRES PROVISIONS**

Plaintiffs respectfully submit Plaintiffs' Unopposed Motion to Modify the Settlement Agreement's Cy Pres Provisions ("Motion"). As described in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion, the parties have reached an agreement on a proposed Addendum to the Settlement Agreement that serves to modify the cy pres provisions of the Settlement Agreement. Under this hybrid proposal, a supplemental distribution would be made to prevailing claimants, with the remainder of the cy pres funds going to non-profit organizations serving Native American farmers and ranchers, as called for under the original agreement. The proposed Addendum, however, changes in the mechanism for distributing funds to non-profit organizations, and refines the definition of eligible groups, to better accomplish the aims of the original agreement.

Counsel for defendants have authorized the undersigned to represent to the Court that defendants do not oppose the relief requested in this motion, although they do not necessarily

agree with all characterizations and arguments in the memorandum filed in support of this motion.

December 14, 2015

Respectfully submitted,

By _/s/Joseph M. Sellers_
Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, EastWest Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com

Paul M. Smith, Bar No. 358870
Carrie F. Apfel, Bar No.
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
psmith@jenner.com

David J. Frantz, Bar No. 202853
CONLON, FRANTZ & PHELAN
1740 N Street, N.W.,
Suite One
Washington, DC 20036
Telephone: (202) 331-7050
Facsimile: (202) 331-9306
dfrantz@conlonfrantz.com

Phillip L. Fraas
LAW OFFICES OF PHILLIP L. FRAAS
888 Sixteenth St., NW, Suite 800
Washington, DC, 20006
Telephone: (202) 280-2411
Facsimile (202) 355-1399
phil@phillipfraaslaw.com

Sarah Vogel
SARAH VOGEL LAW OFFICE
PO Box 385
Bismarck ND. 58502-0385
Telephone:  (701) 355-6521
sarahvogellaw@gmail.com

*Attorneys for Plaintiffs*

2078550.1