**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
MARILYN KEEPSEAGLE, et al.,    )
                               )
          Plaintiffs,          )
                               )
     v.                        ) Civil Action No. 99-3119 (EGS)
                               )
TOM VILSACK, Secretary, U.S.   )
Department of Agriculture,     )
                               )
          Defendant.           )
_____)
```

**ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion to Modify the Settlement Agreement, it is hereby

**ORDERED** that any class member may provide the Court with written comments regarding Plaintiffs' Unopposed Motion to Modify the Settlement Agreement by mailing the written comments to the Court, provided that such comments are postmarked by no later than **January 20, 2016.** Comments shall be addressed to:

> Chambers of the Honorable Emmet G. Sullivan
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue, N.W.
> Washington, DC 20001

and it is

**FURTHER ORDERED** that, after hearing from counsel during the **February 4, 2016** motion hearing, which is scheduled to begin at **10:00 a.m. in Courtroom 24A,** the Court will hear from any class member who wishes to speak

regarding Plaintiffs' Unopposed Motion to Modify the Settlement Agreement. The Court will allow Marilyn Keepseagle, Claryca Mandan, and Porter Holder to participate by way of telephone should they decide to do so; and it is

**FURTHER ORDERED** that Class Counsel shall distribute notice to the class regarding the Plaintiffs' Unopposed Motion to Modify the Settlement Agreement by sending a mail notice to all persons who filed claims as well as to all addresses obtained for the original 2010 mailing, and by posting a notice on the website IndianFarmClass.com, by no later than **January 6, 2016.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**December 15, 2015**