IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:99CV03119 |
| v. ) | (EGS) |
| ) | |
| SONNY PERDUE, Secretary, United States ) | |
| Department of Agriculture, ) | Judge: Emmet G. Sullivan |
| ) | Magistrate Judge: Alan Kay |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR A SUPPLEMENTAL AWARD OF ATTORNEYS' FEES AND EXPENSES**

For the reasons set forth in the accompanying brief, Plaintiffs hereby move the Court for a supplemental award of attorneys' fees and expenses pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2) and 15 U.S.C. § 1691e(d), and in accordance with the approved Addendum to the Settlement Agreement.

Pursuant to Local Rule 7(m), Plaintiffs contacted Justin Sandberg, counsel for Defendant, regarding this motion. Defendant's counsel indicated that Defendant would take no position until after reviewing Plaintiffs' filing.

August 3, 2018

By _/s/Joseph M. Sellers_
Joseph M. Sellers, Bar No. 318410
Christine E. Webber, Bar No. 439368
COHEN MILSTEIN SELLERS &
  TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Respectfully submitted,

Jessica Ring Amunson, Bar No. 497223
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

David J. Frantz, Bar No. 202853
CONLON, FRANTZ & PHELAN
1740 N Street, N.W.
Suite One
Washington, DC 20036-2477
Telephone: (202) 331-7050
Facsimile: (202) 331-9306

Sarah Vogel
SARAH VOGEL LAW OFFICE
P. O. Box 385
Bismarck, ND 58502-0385
Phone:  701 355-6521
sarahvogellaw@gmail.com

Phillip L. Fraas
LAW OFFICES OF PHILLIP L. FRAAS
1455 Pennsylvania Ave., NW, Suite 400
Washington, DC, 20004
Telephone: (202) 280-2411
Facsimile (202) 355-1399
phil@phillipfraaslaw.com


*Attorneys for Plaintiffs*