IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN KEEPSEAGLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:99CV03119 (EGS) |
| SONNY PERDUE, Secretary, United States Department of Agriculture, | ) Judge: Emmet G. Sullivan<br>Magistrate Judge: Alan Kay |
| Defendant. | ) |

**[PROPOSED] ORDER ON PLAINTIFFS' SUPPLEMENTAL MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Upon consideration of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses, it is hereby ORDERED that the motion is GRANTED:

The Plaintiffs' Counsel are awarded $_____ in supplemental fees and $_____ additional costs from the accrued interest.

Counsel for Mrs. Keepseagle are awarded $_____ in fees and $_____ costs from the accrued interest.

SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Emmet G. Sullivan

2375096 v1